1028

RODGER F. DEROUX, ET AL, *Appellants,* v. JOHN D.
LUX, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 134900, Paul D. Hansen, J.,
entered September 8, 1977. *Affirmed* by unpublished opin-
ion per Farris, J., concurred in by Andersen and Ringold,
JJ.

*In the Matter of the Custody of*
JOSHUA MACLACHLAN.

Appeal from a judgment of the Superior Court for King
County, No. D-87400, Charles R. Denney, J. Pro Tem.,
entered October 12, 1977. *Affirmed* by unpublished opinion
per Andersen, A.C.J., concurred in by James and Swanson,
JJ.

ALBERT GAVIGLIO, *Appellant,* v. KING COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 816680, Frank D. Howard, J., entered October
26, 1977. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Swanson and Ringold, JJ.

LOREN BARTLETT, ET AL, *Appellants,* v. LLOYD
MARTIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 142240, Thomas G. McCrea, J.,
entered October 25, 1977. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Swanson and Ringold, JJ.